```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 19730
   WILBUR A BOWMAN
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3932

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/24/2007 and was confirmed 01/14/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/18/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------
ROUNDUP FUNDING LLC        UNSEC W/INTER      791.96         .00           .00
TRIAD FINANCIAL CORP       SECURED VEHIC     3310.19         110.01        724.01
ROUNDUP FUNDING LLC        UNSEC W/INTER      939.05         .00           .00
TRIAD FINANCIAL CORP       UNSEC W/INTER  NOT FILED          .00           .00
QUANTUM SERVICING CORP     CURRENT MORTG       .00           .00           .00
QUANTUM SERVICING CORP     MORTGAGE ARRE       .00           .00           .00
BANK FIRST B-LINE LLC      UNSEC W/INTER  NOT FILED          .00           .00
CACH LLC                   UNSEC W/INTER  NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSEC W/INTER      407.06         .00           .00
NICOR GAS                  UNSEC W/INTER  NOT FILED          .00           .00
ONB FINANCE CO             UNSEC W/INTER  NOT FILED          .00           .00
DEBRA J VORHIES LEVINE     DEBTOR ATTY       3,100.00                    2,717.89
TOM VAUGHN                 TRUSTEE                                         303.09
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             3,855.00

PRIORITY                                        .00
SECURED                                         724.01
    INTEREST                                    110.01
UNSECURED                                       .00
ADMINISTRATIVE                                2,717.89
TRUSTEE COMPENSATION                            303.09
DEBTOR REFUND                                   .00
                    ---------------      ---------------
TOTALS              3,855.00              3,855.00


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 19730 WILBUR A BOWMAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/19/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```